ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -                                        )
                                                   )
Polaris Alpha, LLC                                 )     ASBCA No. 63315
                                                   )
Under Contract No. FA8750-19-D-0004 *et al.*  )

APPEARANCES FOR THE APPELLANT:          Steven M. Masiello, Esq.
                                        Eric P. Roberson, Esq.
                                          Dentons US LLP
                                          Denver, CO

                                        Gale R. Monahan, Esq.
                                          Dentons US LLP
                                          Dallas, TX

APPEARANCES FOR THE GOVERNMENT:         Samuel W. Morris, Esq.
                                          DCMA Chief Trial Attorney
                                        Adrianne L. Goins, Esq.
                                        Matthew D. Bordelon, Esq.
                                          Trial Attorneys
                                          Defense Contract Management Agency
                                          Chantilly, VA

ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  March 26, 2024

_____
MARK A. MELNICK
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 63315, Appeal of Polaris Alpha, LLC, rendered in conformance with the Board's Charter.

Dated:  March 26, 2024

_____
PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals